BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:11-CR-404 |
| Plaintiff, ) | |
| ) | ORDER TO **UNSEAL** INDICTMENT |
| v. ) | |
| ELBERT STOKES and ) | |
| RAY ALBERT ALLEN, ) | |
| Defendants. ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: NOV 18, 2011

Honorable Jennifer L. Thurston
United States Magistrate Judge

2

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | ELANA S. LANDAU<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street<br>Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case NO. 1:11-CR-404 |
| Plaintiff, | ) | |
| | ) | REQUEST TO <u>UNSEAL</u> INDICTMENT |
| v. | ) | |
| | ) | |
| ELBERT STOKES and<br>RAY ALBERT ALLEN, | ) | |
| | ) | |
| Defendants. | ) | |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: November 18, 2011      /s/ Elana S. Landau
                             By: Elana S. Landau
                             Assistant United States Attorney

1