BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, CA Bar #212144
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00404-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| RAY ALBERT ALLEN, and ELBERT STOKES, | |
| Defendants. | |

WHEREAS, on March 23, 2012, and June 11, 2012, the Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Ray Albert Allen and Elbert Stokes, in the following property:

    a. a .38 caliber revolver bearing serial number FF271805, and

    b. a box of Winchester brand ammunition containing approximately 33 rounds.

AND WHEREAS, beginning on April 2, 2012, and July 14, 2012, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all

third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeiture property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Ray Albert Allen and Elbert Stokes.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **October 8, 2012**       **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE